**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ENLAI ZHU,<br><br>       *Plaintiff*,<br><br>v.<br><br>ANKASHA *et al*.,<br><br>       *Defendants*. | **Civil Action No: 1:25-cv-06534-WMR** |

## <u>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT</u>

Plaintiff, ENLAI ZHU, moves this Court for entry of a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against all defendants in this action.

In support of this Motion, Plaintiff submits the accompanying memorandum of law, a Declaration of Andrew Palmer, a proposed order, and a proposed Order for Default Judgment.

June 22, 2026.

Respectfully submitted,

<u>/s/ Andrew Palmer</u>
Andrew J. Palmer
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

1