# Exhibit 1

|  |  |
|---|---|
| ENLAI ZHU, | **Civil Action No: 1:25-cv-06534-WMR** |
| *Plaintiff*, | |
| v. | |
| ANKASHA *et al*., | |
| *Defendants*. | |

## DECLARATION OF ANDREW PALMER IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

I, Andrew Palmer, declare and state as follows:

1. I am an attorney duly admitted to practice before this District Court.

2. I am over 18 years of age. This declaration is based upon my personal knowledge of the facts stated herein. I make this declaration in support of Plaintiff's Motion for Entry of Default Judgment against ankasha *et al*., attached hereto (the "Defaulting Defendants"). If called as a witness, I could and would testify to the statements made herein.

3. Plaintiff filed its Complaint on November 14, 2025, to combat e-commerce store operators who trade upon Plaintiff's reputation and goodwill by selling and/or offering for sale products in connection with Plaintiff's trademark, U.S. Trademark Registration No. 7,465,986 [ECF No. 1, ¶ 1].

1

4. On May 11, 2026, pursuant to the Court's Order [ECF No. 8] authorizing alternative service by email, Plaintiff sent an email to all Defendants, using the email addresses provided by third-party e-commerce platforms, which included the Complaint [ECF No. 1], the Summons [ECF No. 10], and the following link (https://cloud.palmerlawgroup.com/index.php/s/ynFWUQRJnkklgTY) to all relevant documents. *See* [ECF No. 11].

5. Under Rule 12(a)(1)(A), Defaulting Defendants' answers were due on June 1, 2026. The time allowed for Defaulting Defendants to respond has expired. Defaulting Defendants have not answered, appeared, or otherwise responded to the Complaint. No extension has been sought or granted.

6. The 53 Defaulting Defendants have not filed any responsive pleadings to the Complaint and are currently in default. No counsel has filed a Notice of Appearance on their behalf, and they have not entered a formal appearance *pro se*.

7. I am informed and believe that none of the Defaulting Defendants are infants or incompetent persons, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 22, 2026.                    Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
**_Attorney for Plaintiff_**