**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ENLAI ZHU,<br><br>     *Plaintiff,*<br><br> v.<br><br>ANKASHA *et al.*,<br><br>     *Defendants.* | **Civil Action No: 1:25-cv-06534-WMR** |

## [proposed] FINAL DEFAULT JUDGEMENT
## AND PERMANENT INJUNCTION

Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 13] is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER** and **ADJUDGE** as follows:

1.  **Jurisdiction**. This Judgment is subject to the jurisdictional constraints of the Lanham Act. *See Steele v. Bulova Watch Co.*, 344 U.S. 280 (1952); *Int'l Café, S.A.L. v. Hard Rock Café Int'l (U.S.A.), Inc.*, 252 F.3d 1274, 1278–79 (11th Cir. 2001).

2.  **Permanent Injunctive Relief**. As to each Defaulting Defendant listed on the attached Schedule A, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Order are hereby permanently restrained and enjoined from:

1

a. using Plaintiff's registered trademark in marketing, advertising, soliciting, selling or offering for sale, derivative or directly, which is not authorized by Plaintiff;

b. further infringing on the SHANGGUAN trademark;

c. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant and those with notice of this Permanent Injunction, including, without limitation, all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Walmart, Inc., sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") and their related companies and affiliates on which this Court imposed restraints under the Preliminary Injunction shall:

   i. immediately and permanently discontinue the use of the Plaintiff's trademark, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them,

including the Internet based ecommerce stores operating under the Seller Aliases;

ii. apply any funds currently in Defaulting Defendants' financial accounts to satisfy the monetary judgments.

3. Statutory damages in favor of the Plaintiff pursuant to 15 U.S.C. § 1117(c) are determined to be $15,000 per type of product against each Defendant, for which let execution issue, based upon the Court's finding that the Defendants infringed on the Plaintiff's registered trademark. The Court considered both the willfulness of the Defendants' conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range under 15 U.S.C. § 1117(c).

4. All funds currently restrained or held on account for all the Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including, but not limited to, Walmart, Inc., ("Walmart") PayPal, Inc., ("PayPal"), Payoneer, Inc. ("Payoneer") and their related companies and affiliates, are to be immediately (within five (5) business days) transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms and by the Defendant, to the Plaintiff and/or the Plaintiff's counsel in partial satisfaction of the monetary judgment entered

herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Walmart, PayPal, Payoneer and their related companies and affiliates shall provide to the Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to the Plaintiff.

5. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

6. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

SO ORDERED this _____ day of _____, 2026.

_____
**WILLIAM M. RAY, II**
**UNITED STATES DISTRICT JUDGE**

Copies to counsel via CM/ECF

## List of Defendants (53 Defendants)

| Def. #. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | ankasha | https://www.walmart.com/global/seller/101591010 |
| 2 | akapiao | https://www.walmart.com/global/seller/102512090 |
| 3 | feiliansheng | https://www.walmart.com/global/seller/102488721 |
| 4 | Homelifegood | https://www.walmart.com/global/seller/101177866 |
| 5 | huajuming | https://www.walmart.com/global/seller/102507939 |
| 6 | jianteyi | https://www.walmart.com/global/seller/101677879 |
| 7 | Lierteer Homelife | https://www.walmart.com/global/seller/101137320 |
| 8 | luolangdi | https://www.walmart.com/global/seller/101551870 |
| 9 | Smarthome | https://www.walmart.com/global/seller/101111998 |
| 10 | meiduo | https://www.walmart.com/global/seller/102641461 |
| 11 | Spshop | https://www.walmart.com/global/seller/101623517 |
| 12 | Yafix | https://www.walmart.com/global/seller/101252564 |
| 13 | Lanfini | https://www.walmart.com/global/seller/101197872 |
| 14 | dabailunkeji | https://www.walmart.com/global/seller/101554926 |
| 15 | Smile Home | https://www.walmart.com/global/seller/101275513 |
| 16 | Beauty home | https://www.walmart.com/global/seller/101112644 |
| 17 | yuedadang | https://www.walmart.com/global/seller/102619346 |
| 18 | Zelenfel | https://www.walmart.com/global/seller/101647623 |
| 19 | KABUDA | https://www.walmart.com/global/seller/101127803 |
| 20 | yashili | https://www.walmart.com/global/seller/102486764 |
| 21 | taituoti | https://www.walmart.com/global/seller/101590202 |
| 22 | fangkenuo | https://www.walmart.com/global/seller/102507863 |
| 23 | AFQH | https://www.walmart.com/global/seller/101591015 |
| 24 | Homecarall | https://www.walmart.com/global/seller/101127817 |
| 25 | Goodhd | https://www.walmart.com/global/seller/101138045 |
| 26 | Lylong | https://www.walmart.com/global/seller/101677690 |
| 27 | Ofenier | https://www.walmart.com/global/seller/101105703 |
| 28 | BUYSIS TRADE | https://www.walmart.com/global/seller/101188285 |
| 29 | RichLink | https://www.walmart.com/global/seller/102516068 |
| 30 | hongsidarui | https://www.walmart.com/global/seller/102507532 |
| 31 | Hanifel | https://www.walmart.com/global/seller/101199439 |
| 32 | laisenwei | https://www.walmart.com/global/seller/102487758 |
| 33 | feidakeer | https://www.walmart.com/global/seller/102498292 |
| 34 | SWANG | https://www.walmart.com/global/seller/102561191 |
| 35 | Haimni | https://www.walmart.com/global/seller/101565846 |
| 36 | Wuweikeji | https://www.walmart.com/global/seller/101591064 |

| | | |
|---|---|---|
| **37** | Zeraneb | https://www.walmart.com/global/seller/101582657 |
| **38** | Sufanic | https://www.walmart.com/global/seller/101138308 |
| **39** | Bosisa | https://www.walmart.com/global/seller/101556227 |
| **40** | JoyPulse | https://www.walmart.com/global/seller/101350060 |
| **41** | Benafini | https://www.walmart.com/global/seller/101105705 |
| **42** | diluopei | https://www.walmart.com/global/seller/102494757 |
| **43** | Mingyiq Inc | https://www.walmart.com/global/seller/101137305 |
| **44** | nuoyada | https://www.walmart.com/global/seller/102506227 |
| **45** | YFind | https://www.walmart.com/global/seller/102515853 |
| **46** | chengsi | https://www.walmart.com/global/seller/101591838 |
| **47** | Just 4U | https://www.walmart.com/global/seller/101103056 |
| **48** | nuoxiang | https://www.walmart.com/global/seller/102568260 |
| **49** | SOFEIYA HOME | https://www.walmart.com/global/seller/101556636 |
| **50** | Sucyfini | https://www.walmart.com/global/seller/101084863 |
| **51** | Hmoddpon | https://www.walmart.com/global/seller/101485859 |
| **52** | zhimaoxi | https://www.walmart.com/global/seller/102486768 |
| **53** | jukekeji | https://www.walmart.com/global/seller/102516944 |